**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph F. Staudenmeier | CHAPTER 13 |
| Stacy A. Staudenmeier | |
| Debtor(s) | BKY. NO. 19-17004 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
05 Oct 2023, 10:29:47, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 1dbfcfccc490f87d302ac9973bf6129ff1ff925f5c94c11e46abf5c2c49e5b31