UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOSEPH F. STAUDENMEIER | : | NO. 19-17004 amc |
| STACEY A. STAUDENMEIER | : | |
| Debtors | : | |
| | : | CHAPTER 13 |

## CERTIFICATION OF NO OBJECTION

I, Jeffrey C. McCullough, attorney for Joseph F. Staudenmeier and Stacey A. Staudenmeier, hereby certify that No Answer and/or Objection, or other responsive pleading has been filed by any party on or before the last filing date of September 16, 2024, regarding the Debtors' Motion to Reopen Case filed on August 23, 2024 as Document #95.

/s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Attorney for Debtors
BOND & McCULLOUGH
16 N. Franklin St., Suite 300
Doylestown, PA  18901
215-348-8133 - phone
215-348-0428 – fax
jeffmccullough@bondmccullough.com