UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
   JOSEPH F. STAUDENMEIER : NO. 19-17004 amc
   STACEY A. STAUDENMEIER :
      Debtors :
       : CHAPTER 13

## ORDER

AND NOW this 3rd day of October, 2024, upon consideration of the Debtors' Motion To Reopen Case and after Notice thereof and opportunity for hearing thereon, it is hereby

ORDERED that this case is reopened for the purpose of allowing Debtors to file with the Court Certificates of Debtor Education and Certifications About a Financial Management Course, and, if deemed appropriate by the Court, entry of an Order of Discharge.

BY THE COURT:

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court