United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17004-amc

Joseph F. Staudenmeier  Chapter 13

Stacey A. Staudenmeier

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: 138OBJ | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph F. Staudenmeier, Stacey A. Staudenmeier, 4853 Swamp Road, Doylestown, PA 18901-9030 |
| 14613250 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 N Independence Mall West, Suite 500, 6th and Race Streets, Philadelphia, PA 19106-1557 |
| 14613519 | + | Ally Bank, c/o Regina Cohen, Esquire, LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO, 190 North Independence Mall West, Suite, 6th and Race Streets Philadelphia, PA 19106-1554 |
| 14418245 | + | Doylestown Hospital, Patient Financial Services, 595 West State Street, Doylestown, PA 18901-2554 |
| 14727073 | + | Nationstar Mortgage LLC, D/B/A Mr. Cooper., Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150 Charlotte, NC 28217-3977 |
| 14821250 | + | Nationstar Mortgage LLC D/B/A Mr. Cooper, c/o Mark Cronin, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14419404 | #+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14418254 | | U.S. Department of Education AWG, P.O.Box 790356, Saint Louis, MO 63179-0356 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 07 2024 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2024 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14534855 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 07 2024 23:55:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 14427041 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 07 2024 23:55:00 | ACAR Leasing LTD., GM Financial Leasing, PO BOX 183853, Arlington TX 76096-3853 |
| 14535135 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 07 2024 23:55:00 | ACAR Leasing Ltd., d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14449061 | | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2024 23:55:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14627003 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2024 00:10:48 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14627137 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2024 00:11:07 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14863777 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2024 00:10:14 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14418235 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2024 23:55:00 | Ally Financial, P.O.Box 380901, Bloomington, MN 55438-0901 |
| 14491370 | + | Email/Text: bankruptcy@cffinance.com | Oct 07 2024 23:55:00 | C&F FINANCE COMPANY, PO BOX 2129,, RICHMOND, VA 23218-2129 |
| 14426567 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 08 2024 00:10:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14418237 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2024 00:09:49 | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 14418241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2024 00:10:14 | Citibank, N.A., P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 14418243 | | Email/Text: mrdiscen@discover.com | Oct 07 2024 23:55:00 | Discover Bank, P.O.Box 30943, Salt Lake City, UT 84130 |
| 14429742 | | Email/Text: mrdiscen@discover.com | Oct 07 2024 23:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14420749 | + | Email/Text: dplbk@discover.com | Oct 07 2024 23:55:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14418246 | ^ | MEBN | Oct 07 2024 23:49:48 | Financial Recoveries, 200 E Park Dr, Suite 100, Mount Laurel, NJ 08054-1297 |
| 14418247 | | Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 07 2024 23:55:00 | Freedom Credit Union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14418248 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 07 2024 23:55:00 | Hyundai Capital America, 4000 Macarthur Blvd, Ste 1000, Newport Beach, CA 92660-2544 |
| 14418249 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 08 2024 00:09:48 | JPMCB Card Services, P.O.Box 15369, Wilmington, DE 19850 |
| 14436025 | + | Email/Text: RASEBN@raslg.com | Oct 07 2024 23:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14427498 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2024 00:09:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418250 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2024 00:11:09 | LVNV Funding, LLC, P.O.Box 1269, Greenville, SC 29602-1269 |
| 14726732 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2024 23:55:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14821032 | ^ | MEBN | Oct 07 2024 23:49:50 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14726731 | + | Email/Text: EBN@brockandscott.com | Oct 07 2024 23:55:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14432055 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2024 23:55:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14418251 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2024 23:55:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O.Box 619094, Dallas, TX 75261-9094 |
| 14418252 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2024 00:10:48 | Portfolio Recovery, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 14443132 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2024 00:09:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14418255 | | Email/Text: bkelectronicnotices@usaa.com | Oct 07 2024 23:55:00 | USAA Savings Bank, P.O.Box 65020, San Antonio, TX 78265-5020 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: 138OBJ | Total Noticed: 41 |

14418256      + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com
                                              Oct 07 2024 23:55:00      Verizon Wireless, P.O.Box 650051, Dallas, TX 75265-0051

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14418236 | | C&F Finance Comapny |
| 14418238 | *+ | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 14418239 | *+ | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 14418240 | *+ | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 14418242 | *+ | Citibank, N.A., P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 14418244 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, P.O.Box 30943, Salt Lake City, UT 84130 |
| 14727074 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14420334 | *+ | Nationstar Mortgage LLC D/B/A Mr. Cooper, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14418253 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2024            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| JEFFREY C. MCCULLOUGH | on behalf of Joint Debtor Stacey A. Staudenmeier jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Joseph F. Staudenmeier jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |

District/off: 0313-2 | User: admin | Page 4 of 4

Date Rcvd: Oct 07, 2024 | Form ID: 138OBJ | Total Noticed: 41

**KRISTEN D. LITTLE**
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper KRLITTLE@FIRSTAM.COM

**MATTHEW K. FISSEL**
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper wbecf@brockandscott.com
matthew.fissel@brockandscott.com

**REGINA COHEN**
on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138OBJ* (6/24)−doc 103 − 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Joseph F. Staudenmeier<br><br>  Stacey A. Staudenmeier<br><br>  Debtor(s). | Case No. 19−17004−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 7, 2024

For The Court

Timothy B. McGrath
Clerk of Court